# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139804

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                            SC: 139804
                                            COA: 284652
                                            Oakland CC: 06-210963-FC

WILLIAM STANLEY PATTISON,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the August 25, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

                                     Clerk

p0222